JS - 6

**FILED: 9/18/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PAZ )<br>)<br>           Plaintiff, )<br>                          )<br>     vs.                 )<br>                          )<br>PROGRESSIVE FINANCIAL SERVICES )<br>                          )<br>           Defendants.    )<br>_____) | CASE NO. CV 12-6544 GHK (JEMx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for Plaintiff that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

Dated:   9/18/12

_____
GEORGE H. KING
United States District Judge