JS - 6

**FILED: 9/18/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH PAZ | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. CV 12-6544 GHK (JEMx) |
| vs. | ) | |
| | ) | |
| PROGRESSIVE FINANCIAL SERVICES | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The Court having been advised by counsel for Plaintiff that the above-entitled action

has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without

prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if

settlement is not consummated.

Dated:    9/18/12

_____

GEORGE H. KING
United States District Judge